MANUEL FERMIN LEONOR, Respondent, v. INGENIO PORVENIR C. POR A., Appellant, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer reciting the sixth, seventh and eighth defenses, within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore and Callahan, JJ.

PETER R. KUHN, Respondent, v. PACIFIC MUTUAL LIFE INSURANCE COMPANY OF CALIFORNIA, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Application of HARRIETTE SELIG to Determine the Validity and Effect of Notice of Election Pursuant to Section 18 of the Decedent Estate Law in the Estate of JACOB SELIG, Deceased. HARRIETTE SELIG, Petitioner, Respondent; MAX L. SCHALLEK and Others, Executors, Appellants.— Decree reversed, with costs, and petition dismissed, with costs, on the ground that the finding of the surrogate that the claimant is the common-law wife of deceased is against the weight of the credible evidence in the case, particularly in view of the documentary evidence. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to affirm.

In the Matter of the Application of SOLOMON TUREL and Others, Petitioners, ISIDORE MUFSEN, Petitioner, Respondent, against JOHN H. DELANEY and Another, Appellants, and PAUL J. KERN, President, and Others, Respondents, and JOSEPH D. McGOLDRICK, Comptroller of the City of New York, and Another, Defendants.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements to the petitioner-respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Dore, J., dissent and vote to modify the order by striking therefrom the provision ordering the board of transportation " forthwith appoint eligibles from the petitioners' eligible list " and in place thereof providing that if the board of transportation shall determine to fill the three vacancies in the position of associate surgeon formerly occupied by Drs. Buckley, Dooley and Slattery, it shall do so from the eligible list certified to it by the municipal civil service commission in this proceeding.

GUSTAVE S. GEIGER, Appellant, v. JAMES I. BUSH and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.